**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** II    **Investigating Agency** DEA / IRS

**City** Worcester / Various     **Related Case Information:**

**County** Worcester / Norfolk / Suffolk

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number
Search Warrant Case Number   See below
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Deana Martin    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Milton, Mass.

Birth date (Yr only): 1967   SSN (last4#): 7697   Sex: F   Race: _____   Nationality: _____

**Defense Counsel if known:** Brad Bailey    Address: 44 School Steet, Ste. 1000B, Boston, Mass.

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** William F. Abely    Bar Number if applicable: 660281

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint ☐ Information ☐ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 04/01/2019    Signature of AUSA: *[signed]*

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Deana Martin

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to distribute and possess with intent to distribute controlled substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**  Search warrants: 18-7222-JCB, 18-7223-JCB, 18-7262-JCB, 18-7265-JCB, 18-7266-JCB, 18-7268-JCB, 18-7269-JCB, 18-7270-JCB, 18-7271-JCB, 18-7272-JCB, 18-7273-JCB, 18-7302-JCB, 18-7303-JCB